THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENERAL PEAVY, Appellant. [639 NYS2d 752] Memorandum: Defendant contends that County Court abused its discretion in denying his motion to

withdraw his plea of guilty to rape in the first degree. We disagree. A motion to withdraw a guilty plea is addressed to the sound discretion of the court (*see,* CPL 220.60 [3]; *People v De Jesus,* 199 AD2d 529). The record establishes that defendant was advised of his rights and that his *Alford* plea (*see, North Carolina v Alford,* 400 US 25) was knowingly, intelligently and voluntarily entered with a full understanding of its consequences (*see, People v Alfieri,* 201 AD2d 935, *lv denied* 83 NY2d 908). Additionally, a generalized, unsubstantiated claim of innocence is not sufficient to warrant the vacatur of a plea of guilty (*see, People v De Jesus, supra,* at 530; *People v Carter,* 191 AD2d 640). Finally, the prosecutor placed on the record the proof that the People intended to offer at trial and that elaboration contained strong evidence of defendant's guilt (*see, People v Alfieri, supra,* at 935-936). (Appeal from Judgment of Monroe County Court, Maloy, J.—Rape, 1st Degree.) Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.